**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Deron Joseph Manseau, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Stephanie Yellowhammer, et al., | ) | |
| | ) | Case No. 1:26-cv-104 |
| Defendants. | ) | |

On May 26, 2026, Plaintiff filed a Motion to Compel Production of Tribal Court and Tribal Council Records. (Doc. No. 27). On June 15, 2026, Plaintiff filed a Motion to Withdraw Motion to Compel Productions. (Doc. No. 43).

Plaintiff's Motion to Withdraw the Motion to Compel Production of Records (Doc. No. 43) is **GRANTED** and Plaintiff filed a Motion to Compel Production of Tribal Court and Tribal Council Records (Doc. No. 27) is deemed **MOOT**.

**IT IS SO ORDERED.**

Dated this 15th day of June, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court